Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Megan Hopper-Rebegea
Assistant Federal Public Defender
Nevada State Bar No. 15128
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Megan_Hopper-Rebegea@fd.org

*Attorney for Petitioner Antonio Alcaraz Mendoza

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Antonio Alcaraz Mendoza,

       Petitioner,

    v.

Pamela Bondi, *et al.*,

       Respondents.

Case No. 2:26-cv-000929-GMN-BWN

**Stipulation for Extension of Time to File First Amended Petition and Response to First Amended Petition**

**(First Request)**

    Petitioner Antonio Alcaraz Mendoza[1] and Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of 14 days for Petitioner to file an amended petition for writ of habeas corpus, up to and including April 20, 2026. This is the first request for an extension of time to file the amended petition.

---

    [1] The docket incorrectly lists Antonio Alcaraz Mendoza as "Alcaraz Mendoza Antonio." Accordingly, Alcaraz Mendoza respectfully requests the Court order the clerk to update the docket with the correct name.

This extension is warranted because counsel was not able to meet with Alcaraz Mendoza until April 2, 2026. Alcaraz Mendoza's case involves a complex procedural history and counsel requires additional time after meeting with Petitioner to review the relevant records, conduct necessary research, and draft the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Alcaraz Mendoza to file an amended petition to April 20, 2026. The parties further request that after the amended petition is filed, Respondents have 14 days to file their response to the amended petition. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 3rd day of April 2026.

TODD BLANCHE
Deputy Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Tamer Botros
Tamer Botros
Assistant United States Attorney

/s/ Megan Hopper-Rebegea
Megan Hopper-Rebegea
Assistant Federal Public
Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: ___April 3, 2026_____

2